Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC, )<br>)<br>           Plaintiff, )<br>)<br>    v. )<br>)<br>JOHN DOE, )<br>)<br>           Defendant. )<br>)<br>_____ ) | No. 3:12-CV-04977-WHA<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On December 27, 2012, Plaintiff filed a Motion for Administrative Relief for Leave to Continue the CMC. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for December 7, 2012, is continued to **Thursday, February 21, 2013, at** ~~10:30~~ **11:00 a.m.**

There will be no further continuances.

DATED: January 2, 2013.                            _____
                                                    United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*